THE ROSEN LAW FIRM, P.A.
Laurence M. Rosen, Esq.
One Gateway Center, Suite 2600
Newark, NJ 07102
Telephone: (973) 313-1887
Fax: (973) 833-0399
lrosen@rosenlegal.com

*Counsel for Christina Pham*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTINA PHAM, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>REATA PHARMACEUTICALS, INC., J. WARREN HUFF, and MANMEET S. SONI,<br>Defendants. | No.: 2:22-cv-00903-MCA-MAH<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br><u>CLASS ACTION</u> |

**PLEASE TAKE NOTICE** that Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Christina Pham ("Plaintiff") hereby voluntarily dismisses, without prejudice, the above-captioned action against all defendants. Voluntary dismissal is appropriate under Fed. R. Civ. P. 41(a) as no defendant has filed an answer or moved for summary judgment. No Class has yet been certified. Neither Plaintiff nor his attorneys have or will receive any consideration for this dismissal. Each party is to bear its own costs.

1

There are substantially similar actions proceeding and pending against the same defendants styled as *Doyle v. Reata Pharmaceuticals, Inc., et al.*, Case No. 4:21-cv-00987-ALM (the "*Doyle* Action"), *Filbert v. Reata Pharmaceuticals, Inc., et al.*, Case No. 4:22-cv-00012-ALM, and *Laborers' District Council and Contractors' Pension Fund of Ohio v. Reata Pharmaceuticals, Inc., et al.*, 4:22-cv-00041-ALM. Lead plaintiff motions have been filed and are pending in the first-filed *Doyle* Action. The *Doyle* Action asserts claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder, arising from the same conduct as the instant action.

Dated: March 4, 2022   Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ Laurence M. Rosen
Laurence M. Rosen, Esq.
One Gateway Center, Suite 2600
Newark, NJ 07102
Telephone: (973) 313-1887
Fax: (973) 833-0399
lrosen@rosenlegal.com

*Counsel for Christina Pham*

SO ORDERED

  *s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date:  3/25/22

2